860

No. 02–11187. NAVARRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11189. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11191. JORDAN v. BOARD OF REVIEW. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02–11192. RIOS-BARBOZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11193. PALMER v. DEPARTMENT OF JUSTICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–11194. SEPULVEDA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11195. WALL v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 02–11196. VILLAFANA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11197. TREADWAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–11198. WRIGHT v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–11199. WACHTMEISTER v. SWIESZ ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–11200. FRANKLIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11201. AMBRIZ GUERRERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11202. WARNER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 02–11203. BOYD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.